1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ELAINE MICHELLE KREJCI, on behalf of PETER GREGORY KREJCI,

Plaintiff,

v.

DONNELL TANKSLEY, JANE BOMAN,

Defendants.

CASE NO. 2:25-cv-00322-JHC

ORDER

    Before the Court is pro se Plaintiff's Application for Court-Appointed Counsel. Dkt. # 5. Because Plaintiff has not shown that exceptional circumstances warrant appointment of counsel in this civil case, the Court DENIES the application.

    There is no right to counsel in civil actions. *See Campbell v. Burt*, 141 F.3d 927, 931 (9th Cir. 1998). A court may appoint counsel for indigent civil litigants under 28 U.S.C. § 1915(e)(1), but only if there are "exceptional circumstances." *Agyeman v. Corrections Corp. of Am.*, 390 F.3d 1101, 1103 (9th Cir. 2004). To determine if "exceptional circumstances" exist, the Court considers "the likelihood of success on the merits as well as the ability of the [plaintiff]

ORDER - 1

to articulate [their] claims *pro se* in light of the complexity of the legal issues involved." *Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983) (per curiam).  Plaintiff has not shown that extraordinary circumstances warrant appointment of counsel: Plaintiff neither addresses the ability to articulate claims pro se in light of the issues involved nor the likelihood of the claims' success.

        Thus, the Court DENIES the application.

        Dated this 13th day of March, 2025.

John H. Chun
United States District Judge

ORDER - 2