UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELAINE MICHELLE KREJCI, on behalf of PETER GREGORY KREJCI,<br>Plaintiff,<br><br>v.<br><br>DONNELL TANKSLEY, JANE BOMAN,<br>Defendant. | CASE NO. 2:25-cv-00322-JHC<br>3:25-cv-05670-TMC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

(1) Case No. 3:25-cv-05670-TMC has been transferred from Judge Cartwright to Judge Chun as related to this case. All future documents filed in this case must bear cause numbers ending in "JHC" and must bear the new Judge's name in the upper right-hand corner of the document.

(2) The Clerk is directed to forward a copy of this Order to all counsel of record.

//

//

//

MINUTE ORDER - 1

Dated this 3rd day of September 2025.

Ravi Subramanian  
Clerk

/s/Ashleigh Drecktrah  
Deputy Clerk

MINUTE ORDER - 2