UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELAINE MICHELLE KREJCI, on behalf of PETER GREGORY KREJCI,<br><br>Plaintiff,<br><br>v.<br><br>DONNELL TANKSLEY, JANE BOMAN,<br><br>Defendants. | CASE NO. 2:25-cv-00322-JHC<br><br>ORDER |

This matter comes before the Court on the Court's Order to Show Cause and Plaintiff's Letter in response. Dkt. ## 15, 16. Having reviewed the case file and the Letter, the Court determines that good cause exists to extend the time for service. *See* Fed. R. Civ. P. 4(m). Accordingly, the Court GRANTS Plaintiff an additional 30 days to: (1) properly serve Defendants with a summons and a copy of the complaint; and (2) file the appropriate proof of service documentation with the Court.

In granting Plaintiff additional time, the Court recommends that Plaintiff review the rules governing service in the Western District of Washington—Federal Rules of Civil Procedure Rule 4 and Local Civil Rule 4—as well as the instructions and resources provided by the Western

ORDER - 1

District of Washington to pro se plaintiffs on this topic.[1] The Court DIRECTS Plaintiff, on any proof of service document she files with the Court, to clearly indicate what method of service was used.

As for Plaintiff's request for a lawyer, *see* Dkt. # 16, the Court notes that there is no right to counsel in civil actions. *See Campbell v. Burt*, 141 F.3d 927, 931 (9th Cir. 1998). A court may appoint counsel for indigent civil litigants under 28 U.S.C. § 1915(e)(1), but only if there are "exceptional circumstances." *Agyeman v. Corr. Corp. of Am.*, 390 F.3d 1101, 1103 (9th Cir. 2004). As the Court does not find "exceptional circumstances" here, it declines Plaintiff's request to "reconsider assigning a lawyer to [her]." *See* Dkt. # 16.

Dated this 4th day of November, 2025.

John H. Chun
United States District Judge

---

[1] The "Pro Se Guide to Filing Your Lawsuit in Federal Court," which contains a section on service, and other resources can be found here: https://www.wawd.uscourts.gov/representing-yourself-pro-se.

ORDER - 2