1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELAINE MICHELLE KREJCI, on behalf of PETER GREGORY KREJCI,<br><br>Plaintiff,<br><br>v.<br><br>DONNELL TANKSLEY, JANE BOMAN,<br><br>Defendants. | CASE NO. 2:25-cv-00322-JHC<br><br>ORDER |

      This matter comes before the Court sua sponte. On October 1, 2025, the Court ordered Plaintiff to show cause within ten days why this action should not be dismissed for failure to comply with Federal Rule of Civil Procedure 4—the rule governing the timeline and process for serving defendants with a complaint. Dkt. # 15. After reviewing Plaintiff's Letter in response to the Order to Show Cause (Dkt. # 16), on November 4, 2025, the Court determined that good cause existed to extend the time for service. *See* Dkt. # 17. It thus granted Plaintiff an additional 30 days to: (1) properly serve Defendants with a summons and a copy of the complaint; and (2) file the appropriate proof of service documentation with the Court. *Id*. The Order also directed Plaintiff to the applicable local and federal rules governing service in the Western District of

ORDER - 1

Washington. *Id.* Thirty days have now passed, and the Court has not received any proof of service from Plaintiff. *See generally* Dkt.

Accordingly, the Court DISMISSES this case without prejudice for failure to comply with Federal Rule of Civil Procedure 4.

Dated this 19th day of December, 2025.

John H. Chun
United States District Judge

ORDER - 2